■ In the Matter of CAPE MANAGEMENT CORP., Appellant, v NEW YORK STATE DIVISION OF HOUSING AND COMMUNITY RENEWAL, Respondent. [755 NYS2d 237] —Judgment, Supreme Court, New York County (Marcy Friedman, J.), entered October 22, 2001, which denied the petition and dismissed the proceeding brought pursuant to CPLR article 78 to annul respondent's determination, dated August 2, 2000, finding petitioner liable for rent overcharges and awarding tenants $94,204.26, including treble damages and excess security, unanimously affirmed, without costs.

Contrary to petitioner's claim that it did not have adequate

notice of the rent overcharge proceeding, the record demonstrates that it was twice fully notified of the proceeding—the second notice having been furnished 2½ years subsequent to the first notice. Nonetheless, petitioner, without adequate explanation, failed to timely respond to either notice (*see Matter of Rubin v Eimicke*, 150 AD2d 697, 698 [1989], *lv denied* 75 NY2d 704 [1990]).

To the extent that they are properly before us, petitioner's remaining points have been reviewed and found unavailing. Concur—Nardelli, J.P., Andrias, Saxe, Williams and Marlow, JJ.